THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JEREMIAH SHANE JERNIGAN, #92651, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:09-CV-552-ID |
| | ) | [WO] |
| | ) | |
| MONTGOMERY COUNTY, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

# **ORDER**

On June 25, 2009, the Magistrate Judge filed a Recommendation (Doc. 4) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation (Doc. 4) of the Magistrate Judge is ADOPTED; and

2. Plaintiff's complaint be DISMISSED with prejudice prior to service of process under 28 U.S.C. § 1915(e)(2)(B)(i)-(ii).

Done this 10th day of July, 2009.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE